STATE OF CONNECTICUT *v.* BENJAMIN CHARLES III

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 125 (AC 21771), is denied.

*Benjamin Charles III,* pro se, in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

Decided September 18, 2003

STATE OF CONNECTICUT *v.* RICHARD F. BOTHWELL

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 64 (AC 21920), is denied.

*Russell S. Palmer,* in support of the petition.

*Proloy K. Das,* former special deputy assistant state's attorney, in opposition.

Decided September 18, 2003